UNITED STATES of America, Plaintiff—Appellee,

v.

Keith BILLINGSLEY, Defendant—Appellant.

No. 08–8609.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 26, 2009.

Decided: March 9, 2009.

Keith Billingsley, Appellant Pro Se. Jonathan Leo Fahey, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keith Billingsley appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Billingsley,* No. 1:03–cr–00395–JCC–3 (E.D.Va., Dec. 2, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*